UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MICHAEL D. KINDRICK and ) <br> STEPHANIE G. KINDRICK, ) <br> ) <br> Plaintiffs, ) <br> ) <br> V. ) <br> ) <br> JASON HARBISON and ) <br> JORDAN HARBISON, ) <br> ) <br> Defendants. ) | No. 3:09-CV-328 <br> (SHIRLEY) |

## **ORDER**

This civil action is before the Court pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment. [Doc. 16]. The parties have filed a Joint Stipulation of Dismissal With Prejudice [Doc. 61], stipulating that the Plaintiffs, for valuable consideration, have settled all of their claims against Jordan M. Harbison, Jason Harbison, National Fire Insurance Company of Hartford, and Travelers Commercial Insurance Company and all related entities arising out of this matter. All parties move for full dismissal with prejudice.

Based upon the Stipulation, the Court finds that this case has been settled, and therefore, it is hereby **DISMISSED WITH PREJUDICE**. All unexpired dates and deadlines in this matter, including the trial date of **August 25, 2010**, are **CANCELLED**. Each party shall bear the fees and costs it incurred in this litigation.

**IT IS SO ORDERED.**

ENTER:

 s/ C. Clifford Shirley, Jr.
United States Magistrate Judge